UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Patricia Donovan</u>

      v.                              Civil No. 14-cv-277-LM

<u>Steven Campbell, et al.</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 24, 2014.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: August 13, 2014

cc:  Patricia Donovan, pro se